```
1  Eric Bensamochan, Bar #255482
   The Bensamochan Law Firm
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
3  818-907-5866  (FAX) 818-461-5959
   ATTORNEY FOR PLAINTIFF
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC | )<br>) |
|     Plaintiff,   vs. | ) Case No.: 5:09-CV-02227-WDK-FMO<br>) |
| GRACIELA PADILLA, et al, | ) **RENEWAL OF JUDGMENT**<br>) **BY CLERK** |
|     Defendant, | )<br>) |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Graciela Padilla, individually and d/b/a La Terraza, entered on February 2, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 13,956.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | **$** | **13,956.00** |
| d. | Credits | $ | 00.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **13,956.00** |
| f. | Interest after judgment(.26%) | $ | 359.87 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **14,315.87** |

Dated: January 5, 2021         CLERK, by _Sharon Hall Brown_
                               Deputy
                               Kiry A. Gray,
                               Clerk of U.S. District Court

Renewal of Judgment